*Exhibit A*

# 근로계약서(정직원용)

## 1. 양 당사자

<table>
<tr><td rowspan="3">사용자<br>(갑)</td><td>성　　명</td><td>대표이사 이 언 웅</td><td>사업의 종류</td><td>건설, 제조, 서비스 외</td></tr>
<tr><td>사업체명칭</td><td colspan="3">주식회사 성 도 이 엔 지</td></tr>
<tr><td>소　재　지</td><td colspan="3">서울특별시 강남구 영동대로106길 42 성도벤처타워</td></tr>
<tr><td rowspan="2">근로자<br>(을)</td><td>성　　명</td><td>이주호</td><td>주민등록번호</td><td>740322-1031212</td></tr>
<tr><td>주　　소</td><td>서울시 노원구 동일로 228길 23 주공아파트<br>1409동 808호</td><td>입사일자</td><td>2005년 12월 1일</td></tr>
</table>

## 2. 근로조건

1) 임　금

가. 연봉 ₩ 87,432,000 원으로 한다.
연봉의 지급방법 : 연봉을 12로 나눈 금액을 월 급여로 하며, 매월 1회 지급한다.

나. 월 급여에는 아래와 같이 법정 제수당이 포함되어 있으며, 연봉과 별도로 지급조건이 되는 자에 한하여 직급(현장)수당,
면허수당, 출납수당 등 제수당을 지급할 수 있다.

<table>
<tr><td>기본급<br>(209시간)</td><td>시간외근로수당1<br>(52.2시간)</td><td>연차수당</td></tr>
<tr><td>5,179,000</td><td>1,941,000</td><td>166,000</td></tr>
</table>

다. 임금은 매월 05일(국내일자 기준)에 지급하되, 근로소득세, 고용보험료, 국민연금, 건강보험료, 기타 법령에 의한
금액과 상조회(기본급X0.5%) 회비를 원천징수 한 후 "을"에게 지급한다.

라. 퇴직금의 지급 : "을"에게 근로자퇴직급여보장법상의 퇴직금에 해당하는 금액을 지급한다. 동 금액은 "을"의 명의로
된 퇴직연금에 의하여 충당할 수 있다.

마. 연봉의 결정 : 연봉 계약기간 및 근로 계약기간 만료시 목표관리 SHEET에 기초한 개인평가에 의하여 연봉 재계약을
하고, 연봉에 관련된 정보는 타인에게 공표, 공유하지 않아야 한다.

2) 근로시간 : 自 上午 07時 30分 　부터　 至 下午 16時 30分 　까지로 한다.
但 본사외 근무시 근로하는 사업장(현장) 여건의 필요에 따라 변경될 수 있다.

3) 휴게시간 : 8시간 근로에 1시간의 휴게시간을 부여한다.
휴무하는 경우에는 연차 휴가 사용으로 같음한다

4) 휴　　일 : 근로기준법 제55조에 따른 휴일을 부여한다. 다만 "을"은 공사진행 등 업무상 필요한 경우 "갑"의
휴일근무명령에 따라야 한다.

5) 휴　　가 : 근로기준법 제60조에 따른 휴가를 부여한다.
단, 매년 관련법에 따라 연차사용촉진제를 시행하며, 해당연도말 미사용 잔여연차는 소멸된다.

6) 사용기간 : 해당사항 없음

7) 취업장소 : ⓐ 직종 및 담당업무 :
ⓑ 근무장소 : ㈜성도이엔지 전사업장

8) 임금피크 : 만55세부터 임금피크 적용한다.(출생일 기준 익월부터 적용)

## 3. 근로계약기간 : 2023년  03 월 01 일  ～  2024년  02 월  28 일

## 4. 기타 사항

1) 재직중 부정한 행위에 대하여 지시받은 경우 지체없이 정도경영실에 관련 내용을 신고하여야 하며, 이를 묵과하고 동조하는
경우 부정한 행위를 한 자와 동일한 처벌 대상이 된다는 것을 확인한다.

2) 재직중 회사의 기밀(영업 및 운영관련 등) 사항에 대하여 외부로 누설하지 않을 것이며, 누설로 인해 회사에 금전적인 손해가
발생한 경우 그에 따른 징계 및 회사에 대한 배상 책임을 질 것을 서약한다.

3) 또한, 회사를 퇴직하는 경우 퇴사일로 부터 5년간 재직시 취득한 기밀사항을 외부로 누설하지 않을 것을 서약하며, 만약 기밀
누설로 인해 회사에 손해가 발생할 경우 손해배상 책임을 질것을 서약한다.

4) 본 계약서에 명시하지 않은 사항에 대하여는 "갑"의 취업규칙에 정한 바에 따른다.

2023 년  03 월  01 일

갑(사용자) : 주식회사 성 도 이 엔 지
대표이사　　　이 언 웅　(인)

을(근로자) :　　　　　이 주 호　　　(인)

을(근로자)은 상기 근로계약서를 교부 받았음을 확인함.

# 회사 영업비밀 준수 서약서

본인은 ㈜성도이엔지 (이하 "회사"라함)에 입사 후 근무하는 동안 업무상 지득한 영업비밀을 준수할 것에 동의 하며 다음과 같이 서약합니다.

### 제1조 (목 적)

회사에 재직 중 지득한 업무관련 영업비밀에 관하여 상호간의 신뢰와 성실한 이행을 명문화 하여 회사비밀의 누설,유출을 방지하며, 이를 이용하여 회사에 손해를 끼칠 수 있는 일체의 행위를 미연에 방지함을 목적으로 한다.

### 제2조 (영업비밀의 정의)

본 서약서에서 보호되어야 할 영업비밀이란 회의, 사업수행 및 영업 활동에 수반되는 경영정보, 고객정보, 수주 및 거래정보, 고유기술, 프로그램 등 영업에 관한 일체의 정보와 업무 수행상 발생된 계획서, 보고서, 연구서, 논문, 발표자료, 연구데이터, 영업데이터 등 모든 독립적 재산가치가 인정되는 일체의 유·무형의 모든 기술 및 영업정보를 포함한다.

### 제3조 (영업비밀 준수 의무)

① 본인은 퇴직할 경우 회사의 영업비밀과 관련된 사항이라면 원본, 사본을 가리지 않고 모든 파일, 서류, 기록, 노트 기타 여하한 명칭 등 일체를 회사에 반환한다.

② 본인은 퇴직 또는 고용관계(수습포함)가 종료된 후에는 어떠한 목적으로도 근무하는 동안 지득한 영업기밀을 활용하거나 제3자에게 제공하는 등 기타 일체의 누설행위를 하지 않는다

③ 본인은 재직 중 업무 수행을 위해 개인용 PC, 클라우딩 서비스, 저장매체, 인쇄출력물 등으로 보유하고 있던 영업비밀을 복구할 수 없는 형태로 삭제한다.

### 제4조 (손해배상)

본인이 상기 규정을 위반한 경우 관계법령에 따라 민·형사상의 책임을 다할 것이며, 이로 인하여 회사에 손해를 끼친 경우에는 지체 없이 그 손해를 배상할 것임을 서약합니다

본인은 상기사항을 숙지하고 자유의사에 따라 비밀준수에 동의하였음을 확인합니다.

2023년 03월 01일

서 약 인 성    명 :    이주호

주민번호 : 740322-1031212

주      소 : 서울시 노원구 동일로 228길 23 주공아파트 1409동 808호

㈜ 성도이엔지  귀중

기획관리팀·조상운·2023031312

**[USA SKBA] 미국 법인 직원 전배 요청건**

등록자: 이용진 과장 (미국법인)     등록일: 2019-12-13 21:26:05     보존기간: 영구보존

조회: 0   추천: 0   버전: 1.0

# 기 안 지 ( 협 조 )

미국법인 201912-00048

| 결     재 | 이용진 | 이주호 | 이순규 | 명노회 | 이윤영 |
|---|---|---|---|---|---|
| | 결재 | | | | |
| | 기안 | 승인 | 승인 | 승인 | 승인 |
| | 12/12 | 12/12 | 12/12 | 12/12 | 12/13 |

| 기안 일자 | 2019.12.11 | 합의 부서장 | 배재현 | 김영범 |
|---|---|---|---|---|
| 기 안 자 | 이용진 | | | |
| 기 안 부서 | 미국법인 | | 합의 | 합의 |
| | | | 12/13 | 12/13 |
| 제     목 | [USA SKBA] 미국 법인 직원 전배 요청건 | | | |

| 내     용 |
|---|

연일 계속되는 업무 협조에 감사드립니다.

상기 제목과 관련하여 아래와같이 전배 보고드리오니

협조 요청 부탁드립니다.


----아   래----


전배 인원 6명

1)성 명 : 이주호 부장

　전배지 : 파주 P8 사업장 --->  SUNGDO USA  법인

　전배일 : 19년 12월 1일

2)성 명 : 정성훈 부장

　전배지 : 본사 --->  SUNGDO USA  법인

　전배일 : 19년 12월 1일

3)성 명 : 김주환 과장

　전배지 : 본사 --->  SUNGDO USA  법인

　전배일 : 19년 12월 1일

4)성 명 : 이용진 과장

　전배지 : 송도삼성바이오 --->  SUNGDO USA  법인

　전배일 : 19년 12월 8일

5)성 명 : 홍승휘 과장

　전배지 : 파주P8 사업장 --->  SUNGDO USA  법인

　전배일 : 19년 12월 8일

6)성 명 : 김상훈 대리

　전배지 : 파주P10 사업장 --->  SUNGDO USA  법인

　전배일 : 19년 12월 02일

이상 6명에 대한 전배 요청 드립니다.



- 이순규 부장(하이테크 본사) (2019/12/12 AM 08:18:13)
  1. 조직도 작성해서 송부바랍니다.

**Employment Agreement**

1.  Parties

<table>
<tr><td rowspan="3">Employer</td><td>Name</td><td>Eon Woong Lee, CEO</td><td>Type of Business</td><td>Construction, manufacturing, services, etc.</td></tr>
<tr><td>Employer Name</td><td colspan="3">Sungdo Engineering & Construction Co., Ltd.</td></tr>
<tr><td>Address</td><td colspan="3">42, Yeongdong-daero 106-gil, Gangnam-gu, Seoul, Republic of Korea</td></tr>
<tr><td rowspan="2">Employee</td><td>Name</td><td>Ju Ho Lee</td><td>Resident Registration Number</td><td>740322-1031212</td></tr>
<tr><td>Address</td><td>1409-808, Jugong Apartment, 23, Dongil-ro 228-gil, Nowon-gu, Seoul, Republic of Korea</td><td>Date of Hire</td><td>December 1, 2005</td></tr>
</table>

2.  Terms and Conditions

   a.   Salary

   i.   Annual Salary: 87,432,000 Korean Won.
        Method of Payment: Annual salary divided by 12 is the monthly salary, and is to be paid once a month.

   ii.   The monthly salary includes statutory allowances as shown below. Separate from the annual salary, allowances, such as project allowance, license allowance, and cash allowance may be paid to those who meet the conditions.

| Regular Pay (209 hours) | Overtime (52.2 hours) | Annual Leave Allowance |
|---|---|---|
| 5,179,000 KW | 1,941,000 KW | 166,000 KW |

   iii.   Wages are paid on the 5th of every month (based on Korean date).  Income tax, employment insurance premiums, national pension, health insurance premiums, other statutory amounts, and mutual aid association (basic salary x 0.5%) membership fees will be withheld before payment of wages to the employee.
   iv.   Severance Payment.  Severance payment will be paid pursuant to the Employee Retirement Benefit Security Act will be paid to the employee.  This amount can be covered by the employee's retirement pension.
   v.   Salary Assessment.  When the employment agreement expires, the salary assessment may be renewed based on personal evaluation based on the goal management sheet, and information related to employee's salary must not be announced or shared with others.

   b.   Work Hours: 7:30 am to 4:30 p.m.
             These hours are subject to change depending on business needs and projects.

   c.   Rest Breaks: One hour of rest break will be provided for every eight hours of work.
             In case of non-working days, annual leave will be used.

d.   Holidays: Holidays are granted in accordance with Article 55 of the Labor Standards Act. However, employee must follow the company's holiday work orders when necessary for work purposes such as construction projects.

e.   Vacation: Vacation is granted in accordance with Article 60 of the Labor Standards Act. However, the annual leave use promotion system is implemented every year in accordance with relevant laws, and any remaining unused annual leave at the end of the relevant year will be forfeited.

f.   Probation Period: Not applicable

g.   Placement of Employment: (a) Occupation and Duties:

(b)   Work Location: All Sungdo ENG Co., Ltd.'s Business Sites

h.   Wage Peak: Wage peak applies from the age of 55. (Applies from the month following the date of birth).

3.   Duration of Contract: <u>March 1, 2023 – February 28, 2024</u>

4.   Miscellaneous

a.   If an employee is instructed to commit an illegal act while working, an employee must report the relevant information to the Department of Compliance promptly. If the employee condones or agrees to the illegal act, he or she will be subject to the same punishment as the person who committed the illegal act.

b.   Employee promises not to disclose the company's confidential trade secret (business and operation-related, etc.) acquired during his or her employment to a third party. If the company suffers any financial damage due to the disclosure of confidential trade secret, employee shall be subject to disciplinary action and shall be liable for damages to the company.

c.   For 5 years after the date of separation of employment from the company, employee shall not disclose confidential trade secret information acquired during his/her employment. If the company suffers financial harm as the result of disclosure of company's trade secret, employee will be subject to discipline and shall be liable for Company's damages.

d.   Matters not specified in this contract shall be governed by the company's rule of employment.

March 1, 2023

Employer: Sungdo Engineering & Construction Co., Ltd.
Eon Woong Lee, CEO

Employee: Ju Ho Lee

Employee acknowledges and confirms that it has received the above employment contract.

----------------------------End of Page 1 --------------------------------

**Confidential Trade Secret Agreement**

I agree to the following terms and conditions regarding confidential trade secret information acquired during my employment with Sungdo ENG ("the Company").

**Article I. Purpose**

The purpose of this Agreement is to keep confidential trade secrets acquired while working for the company and to stipulate mutual trust between the Company and the employee to prevent disclosing company trade secrets, and to prevent any actions that may cause damage to the company.

**Article II. Definition of Trade Secret**

Trade secret include all information related to business, such as management information, customer information, order and transaction information, unique technology, and programs accompanying meetings, business performance, and sales activities, as well as plans and reports generated during business performance, including all tangible and intangible technical and sales information with recognized independent property value, such as research books, papers, presentations, research data, and sales data.

**Article III. Duty to Comply with Trade Secret**

1.  Upon termination of employment, the employee shall return to the company all files, documents, records, notes and any other names, regardless of whether they are original or copies, as long as they are related to the company's trade secret.

2.  After termination of employment (including probationary period), the employee shall not use the trade secrets acquired during the employment with the company in manner, including providing them to a third party, or engage in any other act of disclosure.

3.  Employee shall delete or otherwise destroy trade secrets held in his or her personal PC, cloud service, storage media, printed output, etc. in a form that cannot be recovered.

**Article IV. Compensation for Damages**

If the employee violates any of the above provisions, employee shall be subject to all civil and criminal liabilities in accordance with relevant laws and regulations.  If the disclosure of company trade secret results in any damages to the company, the employee shall compensate all damages promptly.

Employee confirms that he/she has read the above and freely agreed to the provisions herein.

March 1, 2023

Employee: Ju Ho Lee
Resident Registration Number: 740322-1031212
Address: 1409-808, Jugong Apartment, 23, Dongil-ro 228-gil, Nowon-gu, Seoul, Republic of Korea
Recipient: Sungdo Engineering & Construction, Co., Ltd.
----------------------- **End of Page 2** ------------------

**[USA SKBA] Request for Transfer of U.S. Corporate Employees**

Submitted by: Yong Jin Lee (U.S. Branch) Date: 2019 – 12 – 13 21:26:05 Retention Period: Permanent

View: 0 Like: 0 Version: 1.0

**Proposal**

US Corporate Office 201912-00048

**Approval:**

| Approval: | Yongjin Lee | Ju Ho Lee | Soon Kyu Lee | No Hee Myung | Yoon Young Lee | |
|---|---|---|---|---|---|---|
| | (Stamp) | (Stamp) | (Stamp) | (Stamp) | (Stamp) | |
| | (Drafter) | (Approved) | (Approved) | (Approved) | (Approved) | |
| | 12/12 | 12/12 | 12/12 | 12/12 | 12/13 | |

| Date | | | | Jae Hyun Base | Young Bum Kim |
|---|---|---|---|---|---|
| | | Department Heads Approval | | (Stamp) | (Stamp) |
| Name of Drafter | Yong Jin Lee | | | (Approved) | (Approved) |
| Department | US Corporate Office | | | 12/13 | 12/13 |
| Title | [USA SKBA] Request for Transfer of U.S. Corporate Employees | | | | |

| **Details** |
|---|
| Thank you for your continued cooperation. |

Related to the above subject, we report the below and would like to ask for your cooperation.

-------Below----------

Total Number of Employees: 6

1) Name: Ju Ho Lee
   Transfer Location: Paju P8 Location -→ Sungdo ENG USA
   Transfer Date: December 1, 2019

2) Name: Sung Hoon Jung
   Transfer Location: Headquarter → Sungdo ENG USA
   Transfer Date: December 1, 2019

3) Name: Joo Hwan Kim
   Transfer Location: Headquarter → Sungdo ENG USA
   Transfer Date: December 1, 2019

4) Name: Yong Jin Lee
   Location: Songdo Samsung Bio → Sungdo ENG USA
   Transfer Date: December 8, 2019

5) Name: Seung Hwi Hong
   Location: Paju P8 Location → Sungdo ENG USA
   Transfer Date: December 8, 2019

6) Name: Sang Hoon Kim
   Location: Paju P10 location → Sungdo ENG USA
   Transfer Date: December 2, 2019

We would like to request a transfer for the above 6 people.

**Sungdo Engineering and Construction, Co., Ltd.**

● Soon Kyu Lee(Hitech HQ) (2019/12/12 AM 08:18:13)

1. Write down the organizational chart and forward it please.