*Exhibit B*



Mar 30th, 2023

SUNGDO ENG USA INC.
4318 BROGDON PLACE CV
SUWANEE GA 30024

RE:   Employment Offer

**Dear HAESUNG JANG**

I am pleased to offer you an employment opportunity at *SUNGDO ENG USA INC*. ("Sungdo") and make you the following job offer. The position we are offer is that of *FINANCE AND HR MANAGER* with an anticipated start date of *APRIL 1ST, 2023.* The compensation includes: A yearly salary of *$71,000.00.* Your work schedule is Monday thru Friday from 8:00 am to 5:00 pm. Your supervisor may request overtime work in the exceptional incidences when it may be necessary to work additional hours.

Your job duties include but is not limited to:

- Managing and overseeing the daily operations of the accounting department
- Monitoring and analyzing accounting data and producing financial reports or statemen and performing other accounting and finance department duties as assigned
- Developing and implement HR strategies and initiatives aligned with the overall business strategy
- Bridging management and employee relations by addressing demands, grievances or other issues
- Managing the recruitment and selection process

Sungdo abides by employment-at-will, which permits Sungdo or the employee to terminate the employment relationship at any time, for any reason. Neither any policies contained in the Employee Handbook, which will be provided to you, nor any other written or verbal communication, are intended to create a contract of employment or a warranty of benefits. The employment policies and benefit summaries found in the Employee Handbook.

We are confident you will be able to make a significant contribution to the success of SUNGDO ENG USA INC and look forward to working with you.

If you have any concern, feel free to contact me.

Sincerely,

**JU HO, LEE**
C.E.O
SUNGDO ENG USA, INC

## Employee Non-Competition, Confidentiality and Non-Solicitation Agreement

This Agreement of Non-Competition, Confidentiality and Non-Solicitation (this "Agreement") is made and entered into as of *Apr 1st, 2023* between **SUNGDO ENG USA, INC.** (the "Company") and *HAESUNG JANG (*the "Employee").

In consideration of the employment opportunity provided by SUNGDO ENG USA, INC., HAESUNG JANG intending to be legally bound, agree to the following:

1. **Term of Agreement.** This Agreement is effective on the Effective Date, and shall remain in effect throughout the term of your employment with the Company and for a period of one year thereafter.

2. **Limitations of this Agreement.** This Agreement is *not* a contract of employment. Neither You nor the Company are obligated to any specific term of employment. This Agreement is limited to the subject matter of covenants not to compete or solicit as described in this Agreement.

3. **Covenant Not to Compete.** You agree that at no time during the term of your employment with the Company will you engage in any business activity which is competitive with the Company nor work for any company which competes with the Company. For a period of one (1) year immediately following the termination of your employment, you will not, for yourself or on behalf of any other person or business enterprise, engage in any business activity which competes with the Company within 200 miles of the facility in which you were employed.

4. **Non-solicitation.** During the term of your employment, and for a period of one (1) year immediately thereafter, you agree not to solicit any employee or independent contractor of the Company on behalf of any other business enterprise, nor shall you induce any employee or independent contractor associated with the Company to terminate or breach an employment, contractual or other relationship with the Company.

5. **Soliciting Customers (Clients) after Termination of Agreement.** For a period of one (1) year following the termination of your employment and your relationship with the Company, you shall not, directly or indirectly, disclose to any person, firm or corporation the names or addresses of any of the customers or clients of the Company or any other information pertaining to them. Neither shall you call on, solicit, take away, or attempt to call on, solicit, or take away any customer of the Company on whom you have called or with whom you became acquainted during the term of your employment, as the direct or indirect result of your employment with the Company.

6. **Injunctive Relief.** You hereby acknowledge (1) that the company will suffer irreparable harm if you breach your obligations under this Agreement; and (2) that monetary damages will be inadequate to compensate the Company for such a breach. Therefore, if you breach any of such provisions, then the Company shall be entitled to injunctive relief, in addition to any other remedies at law or equity, to enforce such provisions.

7. **Severable Provisions.** The provisions of this Agreement are severable, and if any one or more provisions may be determined to be illegal or otherwise unenforceable, in whole or in part, the

remaining provisions and any partially unenforceable provisions to the extent enforceable shall nevertheless be binding and enforceable.

8. **Modifications** This Agreement may be modified only by a writing executed by both You and the Company.

9. **Prior Understandings.** This Agreement contains the entire agreement between the parties with respect to the subject matter of this Agreement. The Agreement supersedes all prior understanding, agreements, or representations.

10. **Waiver.** Any waiver of a default under this Agreement must be made in writing and shall not be a waiver of any other default concerning the same or any other provision of this Agreement. No delay or omission in the exercise of any right or remedy shall impair such right or remedy or be constructed as a waiver. A consent to or approval of any act shall not be deemed to waive or render unnecessary consent to or approval of any other or subsequent act.

| | | | |
|---|---|---|---|
| Date | : Mar 30th, 2023 | Date | : 3/31/23 |
| By | : [signature] | By | : 장 해성 |
| Name | : JU HO LEE | Name | : HAESUNG JANG |
| Title | : C.E.O | Title | : Finance and HR Manager |