*Exhibit C*

**To:** '1972kjh2000@hanmail.net'[1972kjh2000@hanmail.net]
**From:** vranus3@naver.com[vranus3@naver.com]
**Sent:** Fri 6/16/2023 1:47:11 PM (UTC-04:00)
**Subject:** HYOUNGWON E&C 미국법인 소속직원 이력서 송부건.

7. 이력카드_SDG20007-이동규 차장_공무(GA Office).xlsx
6. 이력카드_SDG20006-박경미 차장_구매(GA Office).xlsx
9. 이력카드_SDG21009-장해성 대리_공무(GA Office).xlsx

안녕하세요. 대표님 이주호입니다.

첨부 직원이력서 송부 드리오니 업무에 참조하시기 바랍니다.

장해성 과장 7월1일 , 이동규차장 9월1일 , 박경미차장 10월1일 진행 예정입니다.

감사합니다.

**To:** '1972kjh2000@hanmail.net' [1972kjh2000@hanmail.net]
**From:** vranus3@naver.com [vranus3@naver.com]
**Sent:** Fri 6/16/2023 1:47:11 PM (UTC-04:00)
**Subject:** HYOUNGWON E&C U.S Employee Resume Transmittal

[7. Resume Card_SDG200007- Donggyu Lee_Project Management (GA Office).xlsx](#)
[6. Resume Card_SDG20006-Kyungmi Park_Purchasing (GA Office).xlsx](#)
[9. Resume Card_SDG21009-Haesung Jang_Project Management (GA Office).xlsx](#)

Dear Mr. CEO, This is Ju Ho Lee.

I'm sending you the attached resumes of employees, so please refer to it for work.

Planning to proceed with Haesung Jang on July 1st, Dong Gyu Lee on September 1st, and Kyungmi Park on October 1st.

Thank you.