*Exhibit D*

**To:** Santos Kim[santos.kim@ims101.com]
**Cc:** 이주호[vranus3@naver.com]
**From:** HAESUNG JANG[haesung25@gmail.com]
**Sent:** Mon 6/19/2023 4:05:35 PM (UTC-04:00)
**Subject:** Re: Application
commercial lease application - HYOUNGWON E&C AMERICA .pdf

안녕하세요, 김완 리어터님
형원이엔씨 장해성입니다.

유선으로 말씀드린 사무실 어플리케이션 전달드립니다.

확인 부탁드리며, 정확한 주소명과 계약서 부탁드리겠습니다.


감사합니다.


On Mon, Jun 19, 2023 at 12:10 PM Santos Kim <santos.kim@ims101.com> wrote:

> 안녕하세요,
> Application form 아래 attach 해서 보냅니다.
>
> 감사합니다
>
> --
> **Santos Kim**
>
> 3985 Steve Reynolds Blvd Bldg J, Norcross, GA 30093
> Office Phone: 770-806-9985   |   Cell: 678-975-0850
> Email: santos.kim@ims101.com

--

**HAESUNG 'Brenden' JANG**
-------------------------------
*The LORD himself goes before you and will be with you;
he will never leave you nor forsake you. Do not be afraid;
Do not be discouraged."*

*- Deuteronomy 31:8 -*

| | |
|---|---|
| **To:** | Santos Kim[santos.kim@ims101.com] |
| **Cc:** | Ju Ho Lee[vranus3@naver.com] |
| **From:** | HAESUNG JANG[haesung25@gmail.com] |
| **Sent:** | Mon 6/19/2023 4:05:35 PM (UTC-04:00) |
| **Subject:** | Re: Application |

commercial lease application - HYOUNGWON E&C AMERICA .pdf

Hello, Realtor Juan Kim
This is Haesung Jang of Hyoungwon E&C.

As we've discussed on our call, I am sending you the application for the office.

Please confirm and send us the exact address and the contract.


Thank you.


On Mon, Jun 19, 2023 at 12:10 PM Santos Kim <santos.kim@ims101.com> wrote:

> Hello,
> Attached is the application form.
>
> Thank you
>
>
> --
>
> **Santos Kim**
>
> 
>
> 3985 Steve Reynolds Blvd Bldg J, Norcross, GA 30093
> Office Phone: 770-806-9985 | Cell: 678-975-0850
> Email: santos.kim@ims101.com


--


**HAESUNG 'Brenden' JANG**

-------------------------------------

*The LORD himself goes before you and will be with you;*

*he will never leave you nor forsake you. Do not be afraid;*

*Do not be discouraged."*


*- Deuteronomy 31:8 -*

# COMMERCIAL LEASE APPLICATION

Please provide all of the information requested below. Incomplete information can delay the processing of your application. PLEASE PRINT CLEARLY.



### APPLYING OCCUPANT

| LAST NAME: LEE | FIRST NAME: JU HO | MIDDLE NAME: |
|---|---|---|
| DATE OF BIRTH: 3/22/1974 | SSN: 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 | DRIVERS LICENSE #: 062144583 |
| PHONE #: 470-334-0408 | HOME #: | EMAIL: vranus3@naver.com |
| ADDRESS: | | |
| CITY: | STATE: | ZIP CODE: |

### COMPANY

| COMPANY NAME: HYOUNGWON E&C AMERICA INC | DBA: |
|---|---|
| ADDRESS: 3065 PEACHTREE INDUSTRIAL BLVD 200 | |
| CITY: DULUTH | STATE: GA | ZIP CODE: 30097 |
| EMPLOYER ID #: 93-1665823 | SOLE PROP   PARTNERSHIP   (CORP)   (CIRCLE) |
| CORPORATE #: 23121358 | YEAR ESTABLISHED: 2023 |
| GROSS ANNUAL REVENUE: 100 M | NUMBER OF EMPLOYEES: 10 |
| TYPE OF BUSINESS: GENERAL CONSTRUCTION | |

### COMMERCIAL RENTAL HISTORY (No less than 2 years)

| PREVIOUS ADDRESS: | | |
|---|---|---|
| CITY: | STATE: | ZIP CODE: |
| OWN   RENT   (CIRCLE) | MONTHLY PAYMENT/ RENT: | FROM/TO: |
| LANDLORD NAME: | | LANDLORD PHONE #: |
| REASON FOR LEAVING: | | |
| PREVIOUS ADDRESS: | | |
| CITY: | STATE: | ZIP CODE: |
| OWN   RENT   (CIRCLE) | MONTHLY PAYMENT/ RENT: | FROM/TO: |
| LANDLORD NAME: | | LANDLORD PHONE #: |
| REASON FOR LEAVING: | | |

### BANKING REFERENCE

| NAME: BANK OF AMERICA | PHONE #: |
|---|---|
| ADDRESS: | |
| CITY: | STATE: | ZIP CODE: |
| ACCOUNT #  CHECKINGS: 3340 6206 4290  SAVINGS: | BALANCE: $500,000.00 |

### OTHER PRINCIPAL(S)

| NAME: | TITLE: |
|---|---|
| DATE OF BIRTH: | PHONE #: | DRIVER'S LICENSE #: |
| ADDRESS: | | |
| NAME: | TITLE: |
| DATE OF BIRTH: | PHONE #: | DRIVER'S LICENSE #: |
| ADDRESS: | | |

### CREDIT REFERENCES

| COMPANY: | PHONE #: |
|---|---|
| ADDRESS: | |
| ACCOUNT #: | CONTACT PERSON: |

# COMMERCIAL LEASE APPLICATION

Please provide all of the information requested below. Incomplete information can delay the processing of your application. PLEASE PRINT CLEARLY.



## BACKGROUND INFORMATION

**HAVE YOU EVER**

- **FILED FOR BANKRUPTCY?** N/A
- **WILLFULLY OR INTENTIONALLY REFUSED TO PAY RENT WHEN DUE?** N/A
- **BEEN EVICTED FROM A TENANCY OR LEFT OWING MONEY? IF YES, PROVIDE PROPERTY NAME, CITY STATE, LANDLORD NAME** N/A
- **BEEN CONVICTED OF A CRIME? IF YES, PROVIDE TYPE OF OFFENSE, COUNTY AND STATE** N/A

## OTHER INFORMATION

**HOW DID YOU HEAR ABOUT THIS PROPERTY?**

**PLEASE INCLUDE ANY OTHER INFORMATION YOU BELIEVE WOULD HELP EVALUATE THIS APPLICATION**

## AUTHORIZATION

Applicant(s) hereby certify that the information is true and correct and hereby authorize landlord/agent to make any necessary inquiries deemed necessary to evaluate the application or tenancy and credit standing. Applicant understands and accepts that any information provided that is incomplete, inaccurate, or falsified shall be grounds (or denial) of the application for subsequent termination of tenancy upon determination of such falsified information.

I, the applicant, hereby authorize the release of information from previous or current landlords, employers, and bank representatives. This investigation is for commercial screening purposes only, and is strictly confidential. This report contains information compiled from sources believed to be reliable, but the accuracy of which cannot be guaranteed. I hereby hold landlord and its agents free and harmless of any liability for any damages arising out of any improper use of this information.

Georgia IMS Realty LLC, or any firm acting on its behalf is hereby granted permission to perform a credit check on applicant. Applicant

**SIGNATURE** JU HO LEE    **DATE:** 6/19/2023

## OFFICE USE ONLY

| DATE | APPLICATION FEE | RENT $ |
|---|---|---|
| **ADDRESS** | | |
| **CITY** | **STATE** | **ZIP CODE** |
| **VISUAL PROOF OF PHOTO ID REVIED**   YES   NO   (CIRCLE) | | **ACCEPTED   REJECTED   (CIRCLE)** |
| **OWNER/AGENT NAME** | **SIGNATURE** | |