*Exhibit E*

| | |
|---|---|
| **To:** | Santos Kim[santos.kim@ims101.com] |
| **Cc:** | 이주호[vranus3@naver.com] |
| **From:** | HAESUNG JANG[haesung25@gmail.com] |
| **Sent:** | Tue 6/20/2023 12:34:46 PM (UTC-04:00) |
| **Subject:** | Re: Application |

[BoA Proof of Funds available.pdf](#)
[이주호 ID.png](#)

안녕하세요, 김완 리어터님,

문자로 요청하신 저희 형원이엔씨의

- Proof of Fund
- 법인장님 ID

전달드립니다.

확인 부탁드리겠습니다.

On Mon, Jun 19, 2023 at 4:05 PM HAESUNG JANG <haesung25@gmail.com> wrote:

안녕하세요, 김완 리어터님
형원이엔씨 장해성입니다.

유선으로 말씀드린 사무실 어플리케이션 전달드립니다.

확인 부탁드리며, 정확한 주소명과 계약서 부탁드리겠습니다.

감사합니다.

On Mon, Jun 19, 2023 at 12:10 PM Santos Kim <santos.kim@ims101.com> wrote:

안녕하세요,
Application form 아래 attach 해서 보냅니다.

감사합니다

--

**Santos Kim**

3985 Steve Reynolds Blvd Bldg J, Norcross, GA 30093
Office Phone: 770-806-9985   |   Cell: 678-975-0850
Email: santos.kim@ims101.com

--

**HAESUNG 'Brenden' JANG**
-------------------------------
*The LORD himself goes before you and will be with you;*
*he will never leave you nor forsake you. Do not be afraid;*
*Do not be discouraged."*

*- Deuteronomy 31:8 -*

--

HAESUNG 'Brenden' JANG
-------------------------------

*The LORD himself goes before you and will be with you;*
*he will never leave you nor forsake you. Do not be afraid;*
*Do not be discouraged."*

*- Deuteronomy 31:8 -*

| | |
|---|---|
| **To:** | Santos Kim[santos.kim@ims101.com] |
| **Cc:** | Ju Ho Lee[vranus3@naver.com] |
| **From:** | HAESUNG JANG[haesung25@gmail.com] |
| **Sent:** | Tue 6/20/2023 12:34:46 PM (UTC-04:00) |
| **Subject:** | Re: Application |

BoA Proof of Funds available.pdf
Ju Ho Lee ID.png

Hello, Realtor Juan Kim,
As you requested via text message, we are sending you Hyoungwon E&C's

- Proof of Fund
- CEO's ID

Please confirm.

On Mon, Jun 19, 2023 at 4:05 PM HAESUNG JANG <haesung25@gmail.com> wrote:

> Hello, Realtor Juan Kim
> This is Haesung Jang of Hyoungwon E&C.
>
> As we've discussed on our call, I am sending you the application for the office.
>
> Please confirm and send us the exact address and the contract.
>
>
> Thank you.
>
>
> On Mon, Jun 19, 2023 at 12:10 PM Santos Kim <santos.kim@ims101.com> wrote:
>
>> Hello,
>> Attached is the application form.
>>
>> Thank you
>>
>> --
>>
>> **Santos Kim**
>>
>> 
>>
>> 3985 Steve Reynolds Blvd Bldg J, Norcross, GA 30093
>> Office Phone: 770-806-9985 | Cell: 678-975-0850
>> Email: santos.kim@ims101.com

--

**HAESUNG 'Brenden' JANG**

-------------------------------------------

*The LORD himself goes before you and will be with you;*

*he will never leave you nor forsake you. Do not be afraid;*

*Do not be discouraged."*

*- Deuteronomy 31:8 -*

HAESUNG 'Brenden' JANG
---------------------------------------------

*The LORD himself goes before you and will be with you;*

*he will never leave you nor forsake you. Do not be afraid;*

*Do not be discouraged."*

*- Deuteronomy 31:8 -*



# Business Adv Fundamentals - 4290: Account Activity

Balance Summary:$500,100.00 (available as of today 06/20/2023)
View:today 06/20/2023

## All Transactions

| Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| Processing | WIRE TRANSFER CREDIT ON 06/20 | P | 500,000.00 | 500,100.00 |
| 06/02/2023 | Counter Credit | C | 100.00 | 100.00 |

