*Exhibit F*

| | |
|---|---|
| From: | HAESUNG JANG <haesung25@gmail.com> |
| Sent: | Wednesday, June 21, 2023 12:49 PM |
| To: | Steven Bae; haesung@hyoungwon.com; 이주호; juho@hyoungwon.com |
| Subject: | Re: GV80 Pricing |

안녕하세요, 선생님

아래와 같이 저희 법인명이랑 주소 확정되었습니다.

HYOUNGWON E&C AMERICA, INC
1325 satellite blvd suite 1202
Suwanee ga 30024

확인 하신 후에 final invoice 와 지난번 처럼 ACH PAYMENT 한번더 안내해주시면 6/22 목요일로 결재 진행 하도록 하겠습니다.

이멜에 대한 답변은 제 회사 이멜 **haesung@hyoungwon.com** 으로 답변 주시면 감사드리겠습니다.

감사합니다.

On Fri, Jun 16, 2023 at 5:38 PM Steven Bae <stevenb@jimellis.com> wrote:
> 보내드린 링크 따라 서류 싸인해주시면 대단히 감사드립니다. 운전 면홍하 보험 카드도 부탁드릴게요
>
> On Jun 16, 2023 4:14 PM, Steven Bae <stevenb@jimellis.com> wrote:
> 네 감사합니다
>
> On Jun 16, 2023 3:44 PM, HAESUNG JANG <haesung25@gmail.com> wrote:
> 네, 이걸로 진행하겠습니다.
>
> ID & 보험증서는 월요일까지 전달드리겠습니다.
>
> On Fri, Jun 16, 2023 at 3:37 PM Steven Bae <stevenb@jimellis.com> wrote:
>> 안녕하세요?
>> Total price 보내드립니다
>> 감사합니다

--
*HAESUNG 'Brenden' JANG*

1

———————————————————————————————
*The LORD himself goes before you and will be with you;
he will never leave you nor forsake you. Do not be afraid;
Do not be discouraged."*

*- Deuteronomy 31:8 -*

--

## *HAESUNG 'Brenden' JANG*
———————————————————————————————
*The LORD himself goes before you and will be with you;
he will never leave you nor forsake you. Do not be afraid;
Do not be discouraged."*

*- Deuteronomy 31:8 -*

2

| | |
|---|---|
| **From:** | HAESUNG JANG <haesung25@gmail.com> |
| **Sent:** | Wednesday, June 21, 2023 12:49 PM |
| **To:** | Steven Bae; haesung@hyoungwon.com; Ju Ho Lee; juho@hyoungwon.com |
| **Subject:** | Re: GV80 Pricing |

Hello, Sir

Our corporate name and address have been confirmed as below.

HYOUNGWON E&C AMERICA, INC

1325 satellite blvd suite 1202

Suwanee ga 30024

After confirming, please provide us with the final invoice and procedure for ACH Payment like last time, and we will process the approval on Thursday, 6/22.

I would appreciate it if you could reply to my work email haesung@hyoungwon.com

Thank you.

On Fri, Jun 16, 2023 at 5:38 PM Steven Bae <stevenb@jimellis.com> wrote:
We would greatly appreciate it if you could follow the link we sent and sign the documents. Please provide us with the driver's license and insurance card as well.

On Jun 16, 2023 4:14 PM, Steven Bae <stevenb@jimellis.com> wrote:
Yes, thank you.

On Jun 16, 2023 3:44 PM, HAESUNG JANG <haesung25@gmail.com> wrote:

Yes, we will proceed with this.
We will send you the ID & Proof of Insurance by Monday.

On Fri, Jun 16, 2023 at 3:37 PM Steven Bae <stevenb@jimellis.com> wrote:
Hello?
Sending you the total price.
Thank you

*HAESUNG Brenden'JANG*

---------------------------------------------------------------------

*The LORD himself goes before you and will be with you;
he will never leave you nor forsake you. Do not be afraid；
Do not be discouraged."*

*- Deuteronomy 31:8 -*

*HAESUNG Brenden'JANG*

---------------------------------------------------------------------

*The LORD himself goes before you and will be with you;
he will never leave you nor forsake you. Do not be afraid;
Do not be discouraged."*

*- Deuteronomy 31:8 -*

2