*Exhibit G*

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 06/23/2023 08:37:18

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | HYOUNGWON E&C AMERICA, INC. |
| **CONTROL NUMBER** | : | 23121358 |
| **BUSINESS TYPE** | : | Domestic Profit Corporation |
| **ANNUAL REGISTRATION PERIOD** | : | 2023 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 3065 Peachtree Industrial Blvd 200, Duluth, GA, 30097, USA |
| **REGISTERED AGENT NAME** | : | CHULHYE YOU |
| **REGISTERED OFFICE ADDRESS** | : | 615 Brennan Dr., Decatur, GA, 30033, USA |
| **REGISTERED OFFICE COUNTY** | : | Dekalb |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 1325 Satellite Blvd. Suite 1202, Suwanee, GA, 30024, USA |
| **REGISTERED AGENT NAME** | : | HAESUNG JANG |
| **REGISTERED OFFICE ADDRESS** | : | 1325 satellite Blvd Suite 1202, Suwanee, GA, 30024, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| JUHO LEE | CEO | 1325 Satellite Blvd. Suite 1202, Suwanee, GA, 30024, USA |
| JUHO LEE | CFO | 1325 Satellite Blvd. Suite 1202, Suwanee, GA, 30024, USA |
| HAESUNG JANG | Secretary | 1325 Satellite Blvd. Suite 1202, Suwanee, GA, 30024, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Jeonggu Choi |
| **AUTHORIZER TITLE** | : | Attorney In Fact |