*Exhibit H*

**To:** 이주호[vranus3@naver.com]; JU HO LEE[juho@hyoungwon.com]
**From:** HAESUNG JANG[haesung@hyoungwon.com]
**Sent:** Mon 6/26/2023 9:12:26 AM (UTC-04:00)
**Subject:** 법인 셋업 비용 예상분 송부의 건

법인장님,
7월 형원 법인 셋업 예상 비용 아래와 같이 올려드립니다.

확인 부탁드리겠습니다.

형원이엔씨 7월 법인 셋업 사용분 예상분

| 품목 | | 업체 | 금액 | | 비고1 | 비고2 |
|---|---|---|---|---|---|---|
| 보험 | | | | | | |
| | GL & UMB | Hartford | $ | 851.00 | 1년 금액 | |
| | Workers Comp | Hartford | $ | 902.00 | 1년 금액 | 추후 분기별 액 변경 가능 |
| | Auto | Hartford | $ | 4,724.00 | 1년 금액 | |
| | Rentals Insurance | | $ | 120.00 | 1년 금액 | 예상치 - 법 임차 보험 |
| | 건강보험 | United health | $ | 1,500.00 | | 예상치 |
| 유틸리티 | 사무실 인터넷 설치 | Spectrum | $ | 150.00 | | 예상치 |
| 사무용품 | 모니터 4개 | Costco or Amazon | $ | 1,200.00 | | 예상치 |
| | 의자 4개 | Costco | $ | 800.00 | | 예상치 |
| | 정수기 | | $ | 50.00 | | 예상치 |
| | 복합기 | Mission | $ | 160.00 | | 예상치 |
| | 음료대 및 부식 | | $ | 200.00 | | 예상치 |
| | 커피 머신 | | $ | 750.00 | | 예상치 |
| | Tool (드라이버) | | $ | 100.00 | | 예상치 |
| | 청소기 | | $ | 500.00 | | 예상치 |
| | | 총합 | $ | 12,007.00 | | |

--



### HAESUNG JANG

HYOUNGWON E&C AMERICA, INC / Finance Manager

1325 Satellite Suite 1202, Suwanee GA 30024
C. 213.700.6420
E. haesung@hyoungwon.com

This message may contain privileged and confidential information intended only for the use of the addressee named above.  If you are not the intended recipient of this message you are hereby notified that any use, distribution or reproduction of this message is prohibited.  If you have received this message in error please notify the sender immediately and delete all copies.

| | |
|---|---|
| To: | Justin Lee[vranus5@naver.com]; JU HO LEE[juno@hyoungwon.com] |
| From: | HAESUNG JANG[haesung@hyoungwon.com] |
| Sent: | Mon 6/26/2023 9:12:26 AM (UTC-04:00) |
| Subject: | Corporate Entity Setup Cost Estimate |

Dear Mr. President of the Branch,
Below is the estimated cost of setting Hyoungwon Corporation in July.

Please review.

Hyoungwon E&C July Corporate Setup Cost Estimate

| Item | Vendor | Amount | | Note1 | Note2 |
|---|---|---|---|---|---|
| Insurance | | | | | |
|     GL & UMB | Hartford | $ | 851.00 | 1 year | |
|     Workers Comp | Hartford | $ | 902.00 | 1 year | Can be changed next quarter |
|     Auto | Hartford | $ | 4,724.00 | 1 year | |
|     Rentals Insurance | | $ | 120.00 | 1 year | CEO's Residence Rental - Insurance |
|     Health Insurance | United health | $ | 1,500.00 | | Estimate |
| Utility Internet Installation | Spectrum | $ | 150.00 | | Estimate |
| Office Supplies | Costco or Amazon | $ | 1,200.00 | | Estimate |
|     4 x Monitors | Costco | $ | 800.00 | | Estimate |
|     4 x Chairs | | $ | 50.00 | | Estimate |
|     Water Filter | Mission | $ | 160.00 | | Estimate |
|     Printer | | $ | 200.00 | | Estimate |
|     Drinks and Snacks | | $ | 750.00 | | Estimate |
|     Coffee Machine | | $ | 100.00 | | Estimate |
|     Tool (Screwdriver) Vacuum | | $ | 500.00 | | Estimate |
| | Total | $ | 12,007.00 | | |

--



**HAESUNG JANG**

HYOUNGWON E&C AMERICA, INC / Finance Manager

1325 Satellite Suite 1202, Suwanee GA 30024
C. 213.700.6420
E. haesung@hyoungwon.com

This message may contain privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message you are hereby notified that any use, distribution or reproduction of this message is prohibited. If you have received this message in error please notify the sender immediately and delete all copies.