*Exhibit I*

Amendment to *Employee Non-Competition, Confidentiality and Non-Solicitation Agreement*

**THIS AMENDMENT**, henceforth to be referred to as the "Amendment" dated this 20th of ____June____, 2023

**BETWEEN:**

SUNGDO ENG USA INC of 4318 Brogdon Place Cove, Suwanee Georgia, 30024 United States of America

and ____HAESUNG JANG____

(Collectively the "Parties" and individually the "Party")

**BACKGROUND:**

1. The Parties are presently bound by the following agreement, (*Employee Non-Competition, Confidentiality and Non-Solicitation Agreement*), henceforth to be referred to as, "the Agreement, dated __2/21/2023__:
A. The Parties, in correspondence with procedures and rights allowed in **Clause 8: MODIFICATION** in the Agreement, wish to amend **Clause 1: TERM OF THE AGREEMENT, Clause 2: LIMITATIONS OF THIS AGREEMENT, Clause 3: COVENANT NOT TO COMPETE, Clause 4: NON-SOLICITATION, Clause 5: SOLICITING CUSTOMERS (CLIENTS) AFTER TERMINATION OF AGREEMENT, Clause 6: INJUNCTURE RELIEF,** and **Clause7 : SEVERABLE PROVISIONS** to resolve and release any and all rights and obligations arising out of the aforementioned clauses.

**IN CONSIDERATION OF** and as a condition of the Parties entering into this Amendment, and other valuable consideration, the receipt and sufficiency of which considered is acknowledged, the Parties agree to the following:

**STRIKING OF CLAUSES:**

1. By this Amendment, the Parties agree to strike from the Agreement the following clauses in their entirety:
    a. **Clause 1: TERM OF THE AGREEMENT**
    b. **Clause 2: LIMITATIONS OF THIS AGREEMENT**
    c. **Clause 3: COVENANT NOT TO COMPETE**
    d. **Clause 4: NON-SOLICITATION**
    e. **Clause 5: SOLICITING CUSTOMERS (CLIENTS) AFTER TERMINATION OF AGREEMENT**
    f. **Clause 6: INJUNCTIVE RELEIF**
    g. **Clause 7: SEVERABLE PROVISIONS**
2. Per the powers allowed by **Clause 8: MODIFICATION** in the Agreement, the signing of this Amendment by the Parties will render the clauses **Clause 1: TERM OF THE AGREEMENT, Clause 2: LIMITATIONS OF THIS AGREEMENT, Clause 3: COVENANT NOT TO COMPETE, Clause 4: NON-SOLICITATION, Clause 5: SOLICITING CUSTOMERS (CLIENTS) AFTER TERMINATION OF AGREEMENT, Clause 6: INJUNCTURE RELIEF,** and **Clause7 : SEVERABLE PROVISIONS** to be null and void, thus releasing the Parties from any and all legal obligation spelled out in said clauses.

**RELEASE:**

3. By this amendment, both Parties release from each other any and all claims, cause of action, demands and liabilities, of whatever nature each party had in the past, has now or may have in the future arising from, or related to this Amendment.

**CONFIDENTIALITY:**

4. The Parties acknowledge and agree that all parties to this Amendment will keep completely confidential the terms and conditions of this Amendment, and any financial, operational, or confidential information of any kind not already public.

**GOVERNING LAW:**

5. The Parties submit to the jurisdiction of the court of the State of Georgia, for the enforcement of this Amendment, or any arbitration award of decision arising from this Amendment. This Amendment will be enforced or construed according to the laws of the State of Georgia.

**PRIOR UNDERSTANDINGS:**

6. This Amendment contains the entire agreement between the Parties with respect to the subject matter of this Amendment. This Amendment supersedes all prior understandings, agreements, and or representations be they written or verbal between the Parties, which includes but is not limited to the *Employee Non-Competition, Confidentiality and Non-Solicitation Agreement, Acknowledgment of Receipt of SUNGDO ENG USA, Inc Employee Handbook,* and or other company materials containing provisions or clauses of a similar substance that would present a conflict to this Amendment.

**MISCELLANEOUS PROVISIONS:**

7. If any term, covenant , condition or provisions of this Amendment is held in court of competent jurisdiction to be invalid, void or unenforceable, it is the Parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Amendment will in no way be affected, impaired or invalidated as a result.
8. This Amendment contains the entire agreement between the Parties. All negotiations and agreements have been included in this Amendment. Only the written terms of this Amendment will bind the Parties.
9. This Amendment and the terms and provisions which it contains, apply to and are binding upon the Parties and their respective successors, assigns, executors, administrators, beneficiaries, and representatives.
10. All of the rights, remedies and benefits provided by this Amendment will be cumulative and will not be exclusive of any such rights, remedies and benefits allowed by law.

Date: 2023. 6. 30

By: _____

Name: Ju Ho Lee

Title: CEO.

Date: 6/30/2023

By: _____

Name: HAESUNG JANG

Title: ~~Finance~~ & HR Manager