*Exhibit J*

**To:** JU HO LEE[juho@hyoungwon.com]; 이주후[vranus3@nayer.com]
**From:** HAESUNG JANG[haesung@hyoungwon.com]
**Sent:** Mon 7/10/2023 4:10:17 PM (UTC-04:00)
**Subject:** 형원이엔씨 아메리카 - 법인 관련 Issue 송부의 건

2-2 회사가 준비해야할 서류 목록.pdf
Hyoungwon E & C America Inc _ Medical_ & Dental & Vision_ 08012023.pdf

법인장님,
형원이엔씨 아메리카 법인 세팅하는 과정에서 아래 내용과 같은 Issue 정리해서 올려드립니다.

1. 법인장님 Visa Transfer 관련 (법인장님 E2 Transfer 관련하여 준비 서류 정리하던 중)

- 미국 법인 주주명부 -
    - E2 발행을 위해선 한국인 Shareholder 와 한국인 총괄 매니저가 증명이 되어야 합니다.
    - Shareholder (주주명부) 발행을 위해서는 투자금과 연관되어, 주주명부가 발행되는데, 현재 저희 $500,000 가 모두 한국 형원 법인에서 투자로 되어 있어, 100% 한국 형원 법인 주주명부 발행을 피할 수 없을것 같습니다.
    - 법인장님을 주주명부에 넣을 수 있는 방법중에 하나는 기존 투자자 (한국 형원 법인)이 법인장님과의 계약서 (Goodwill) 를 따로 만들어 주주로 인정해준다면 미국 법인 주주명부에 법인장님을 넣을수 있을 수 있습니다.
- ==한국 법인을 100% 주주명부로 발행을 해도 될지 검토 부탁드립니다.==

2. 복리후생 - Group 건강보험

- 형원이엔씨 이름으로 건강보험을 알아본 결과, 금액이 이전 회사였을 때 금액보다 높게 나왔습니다.

- 문제점: 아래와 같은 견적 조건의 차이가 있어, 선택할 수 있는 보험 프로그램 옵션이 없으며, 금액이 이전 회사의 금액보다 높게 나왔습니다.
- 의견: 현재 형원의 가입인원수와 설립 연도가 보험사 기준에서 낮기 때문에, 보험 가입 후 1-2년 후 늘어난 직원 수와 회사 경력으로 다른 보험사 또는 보험사 재견적 요청하는 방안으로 진행하는 것이 어떨가 의견 올려드립니다.

- 보험사에서 온 견적서 올려드립니다.

- ==보험을 8월 1일부터 진행을 될지 검토 부탁 드립니다.==

| | 성도 | 형원 |
|---|---|---|
| 즉시 가입 요청 인원 | 5인 | 1인 |
| 본사 회사 조건 | 한국 법인 주식 회사 | 한국 법인 개인 회사 |
| 미국 회사 조건 | 설립 3년차 이상 (견적 시 전체 직원수 10명 이상) | 설립 <1년차 (견적 시 전체 직원 수 1인) |
| 견적 주소지 | 가격을 위해 텍사스 법인 주소지 사용 | 조지아 법인 주소 사용 |
| 견적 가격 | | |
| 개인 | $460 | ==$585.96== |

가족    $1,400    $1,982.87

--



## HAESUNG JANG

HYOUNGWON E&C AMERICA, INC / Finance Manager

1325 Satellite Suite 1202, Suwanee GA 30024
C. 213.700.6420
E. haesung@hyoungwon.com
W. hyoungwon-eng.co.kr

This message may contain privileged and confidential information intended only for the use of the addressee named above.  If you are not the intended recipient of this message you are hereby notified that any use, distribution or reproduction of this message is prohibited.  If you have received this message in error please notify the sender immediately and delete all copies.

**To:** JU HO[ceaseguho@hyoungwon.com];JU Ho[ceaseguhoceasement@naver.com]
**From:** HAESUNG JANG[haesung@hyoungwon.com]
**Sent:** Mon 7/10/2023 4:10:17 PM (UTC-04:00)
**Subject:** Hyoungwon E&C America - Corporate Entity Setup Issue

2-2 List of Documents Needed by Corporation.pdf
Hyoungwon E & C America Inc_Medical & Dental & Vision_08012023.pdf

Dear Mr. President of the Branch,
I have organized some issues below in setting up Hyoungwon E&C America, Inc..

1. Regarding CEO's Visa Transfer (While organizing the documents needed for President's E2 Transfer)

- US Corporate Shareholder Register -
    o    In order for E2 to be issued, you must prove Korean shareholder and a Korean general manager.
    o    Shareholder Register is related to the investment amount, and currently, all of our $500,000 was invested by Hyoungwon Korea Corp, so it seems impossible to avoid having Hyoungwon Korea being listed as 100% of the shareholder.
    o    To add you, CEO, to the shareholder register, there must be a Goodwill contract between you and Hyoungwon Korea, recognizing you as a shareholder.

- ==Please let me know if it is okay to issue a 100% shareholder register with the Korean entity.==

2. Welfare Benefits - Group Health Insurance

    o    The health insurance quote for Hyoungwon E&C came out higher than the previous company.

- Problem: Because of the differences in terms, there was no insurance program options to choose from, and the amount was higher than the previous company.

- Opinion: Since Hyoungwon's current employee numbers and year of establishment are low by the insurance company standards, we should get quotes from another insurance company or request a re-quote with the increased number of employees and business records after 1-2 years from taking out the insurance.

- I have attached the quote from the insurance company.

- ==Please review and see if it is okay to proceed with the insurance starting August 1.==

|  | Sungdo | Hyoungwon |
|---|---|---|
| Number of Employees Requesting Immediate Coverage | 5 | 1 |
| Headquarter Entity Type | Korean Corporation Co., ltd. | Korean Private Company |
| US Entity Type | Established more than 3 years (More than 10 employees at time of quote) | Established less than 1 year (Only 1 employee at time of quote) |
| Quote Address | Using TX Address for Lower Cost | Using GA Address |
| **Total Cost** | | |
| Individual | $460 | ==$585.96== |
| Family | $1,400 | ==$1,982.87== |

--



**HAESUNG JANG**

HYOUNGWON E&C AMERICA, INC / Finance Manager

1325 Satellite Suite 1202, Suwanee GA 30024
C. 213.700.6420
E. haesung@hyoungwon.com
W. hyoungwon-eng.co.kr

This message may contain privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message you are hereby notified that any use, distribution or reproduction of this message is prohibited. If you have received this message in error please notify the sender immediately and delete all copies.

 **C&J Law Group**
83 Seochdaero Bangbae Bldg 3F, Seochogu, Seoul S.Korea 06571
Tel: 010-8455-5332   E-mail: info@choislawfirm.com

- 한국본사 준비서류

1. 영문 사업자등록증
2. 최근 2년 영문 표준재무제표 증명 (세무서에서 발행)
3. 한국본사 영문 회사소개서+
    1) 한국본사 조직도가 회사소개서에서 누락되었으면, 한국본사 조직도 추가
4. 한국본사 회사사진 10여장 (외부 건물 모습, 회사 간판, 사무실 및 공장 등)
5. 한국본사 영문 주주명부 +
    1) 50% 이상 대주주가 개인일 경우에는, 그 대주주의 여권사본 추가
6. 투자금 관련
    1) 해외직접투자신고서 사본
    2) 해외송금 영수증

- 미국자회사 준비서류

1. Certificate of Incorporation (회사설립증)
2. EIN letter from IRS(미국세청) (사업자번호)
3. Brochure of company (회사소개서)
4. Annual registration for 2022 (2022 영업등록증)
5. Shareholder's list and Stock certificates (주주명부 및 주식증서 사본)
6. Business license, if required (For example, General Contract License) (사업자격증명, 사업 진행시 필수 사항이라면)
7. 10 ~ 15 Photos of company (회사사진 10-15장)
8. Utility bills for recent 3 month (electric, water, phone, etc.) (최근 3개월 공과금 영수증)
9. Bank statement for recent 2 month (최근 2개월 주거래 은행 거래내역서)
10. Sample of sales contract or invoices (5-10)(매출계약서 혹은 청구서 5-10매)

11. IRS Form 941 for recent 4 quarters (최근 4분기의 연방신고서류 941)
12. GA DOL 4N for recent 4 quarters (최근 4분기의 조지아주 신고서류 DOL 4N)
13. Recently presented organizational chart (최근에 이민국에 제출한 조직도)
14. Copy of approved E-2 visa (기존 E-2 승인비자의 사본)
15. IRS Tax return for 3 years  (최근 3개년 세무보고서)



# C&J Law Group
83 Seochdaero Bangbae Bldg 3F, Seochogu, Seoul S.Korea 06571
Tel: 010-8455-5332 E-mail: info@choislawfirm.com

---

- Documents to be Prepared by Korea Headquarter

1. Business Registration Certificate in English

2. Proof of standard financial statements for the past two years in English （Issued by Tax Office）

3. Korean Headquarter Company Introduction in English +

   1) Add Korean headquarter organizational chart, if it is missing from the company introduction

4. About 10 photos of the Korean Headquarter （Exterior Building Appearance, Signage, Office /factory, etc.）

5. Korean Headquarter Shareholder List +

   1) If the majority shareholder of more than 50% is an individual, a copy of the majority shareholder's passport

6. Investment Related

   1) Copy of Overseas Direct Investment Report

   2) Overseas Remittance Receipt

- Documents to be Prepared by US Entity

1. Certificate of Incorporation （회사설립증）

2. EIN letter from IRS（미국세청） （사업자번호）

3. Brochure of company （회사소개서）

4. Annual registration for 2022 （2022 영업등록증）

5. Shareholder's list and Stock certificates （주주명부 및 주식증서 사본）

6. Business license, if required （For example, General Contract License） （사업자격증명, 사업 진행시 필수 사항이라면）

7. 10 ~ 15 Photos of company （회사사진 10-15 장）

8. Utility bills for recent 3 month （electric, water, phone, etc.） （최근 3개월 공과금 영수증）

9. Bank statement for recent 2 month （최근 2개월 주거래 은행 거래내역서）

10. Sample of sales contract or invoices （5-10） （매출 계약서 혹은 청구서 5-10 매）

11. IRS Form 941 for recent 4 quarters （최근 4 분기의 연방신고서류 941）

12. GA DOL 4N for recent 4 quarters （최근 4 분기의 조지아주 신고서류 DOL 4N）

13. Recently presented organizational chart （최근에 이민국에 제출한 조직도）

14. Copy of approved E-2 visa （기존 E-2 승인비의자 사본）

15. IRS Tax return for 3 years （최근 3 개년 세무보고서）

# Hyoungwon E & C America Inc

**Employee Benefit Proposal**
**Plan Effective Date: 08/01/2023**
**Proposed by Solomon E Benefit Solution Inc**

Update    7/6/2023

# Hyoungwon E & C America Inc
## Effective date: 08/01/2023

| Medical | | Option 1 | | |
| --- | --- | --- | --- | --- |
| | | UHC Gloabal | | |
| Network | | Outside the U.S. | U.S. In-Network | U.S. Out-of-Network |
| Deductible | | $0/$0 | $0/$0 | $0/$0 |
| Co-Insurance | | 0% | 0% | 20% |
| MOOP | | $0/$0 | $500 / $1,500 | $1,000 / $3,000 |
| PCP Copay | | $0 | $0 | 20% |
| Specialist Copay | | $0 | $0 | 20% |
| Urgent Care | | $0 | $50 | 20% |
| Emergency Room | | $0 | $200 | $200 |
| Inpatient Service | | $0 | $0 | 20% |
| Outpatient Service | | $0 | $0 | 20% |
| Lab Service | | $0 | $0 | 20% |
| Ambulance | | $0 | $0 | 20% |
| Rx | | $0 | $0 | 20% |
| Vision(if it is combined) | | Yes | | |
| Frequency | | One Exam Every 12 Months | | |
| Vision Hardware | | N/A | | |
| Tier | | Premium | | |
| EE | 0 | $585.96 | | |
| EE+SP | 0 | $1,289.11 | | |
| EE+CH | 0 | $1,113.33 | | |
| Family | 1 | $1,816.48 | | |
| Monthly | | $1,816.48 | | |
| Annually | | $21,797.76 | | |

## Hyoungwon E &C America Inc
## Effective date: 08/01/2023

| Dental | | Option 1 |
|---|---|---|
| | | In / Out of Network |
| Deductible | | $0/$0 |
| Dental Maximum | | $2,000 |
| Preventive Services | | 100% |
| Basic Services | | 80% after Ded |
| Major Services | | 50% after Ded |
| Orthodontia Benefit (Up to Age of 19) / Maximum | | $2,000 |
| Tier | | Premium |
| EE | 0 | $41.37 |
| EE+SP | 0 | $82.73 |
| EE+CH | 0 | $92.63 |
| Family | 1 | $140.83 |
| **Monthly** | | **$140.83** |
| **Annually** | | **$1,689.96** |

# Hyoungwon E & C America Inc
# Effective date: 08/01/2023

| Vision | | Option 1 | | |
| --- | --- | --- | --- | --- |
| | | UHC Global | | |
| | | U.S. In-Network | U.S. Out of Network | International |
| Frequency | | | | |
| Exams/ Lenses / Frames / Contacts | | 12 / 12 / 12 / 12 | | |
| Eye Exam | | $0 | Up to $40 | Up to $80 |
| Materials | | | | |
| Standard Single Vision Lenses | | $0 | Up to $40 | Up to $60 |
| Standard Bifocal Lenses | | $0 | Up to $60 | Up to $80 |
| Standard Trifocal Lenses | | $0 | Up to $80 | Up to $115 |
| Lenticular Lenses | | $0 | Up to $80 | Up to $130 |
| Frames | | Allowance Up to $130 | Up to $45 | Up to $110 |
| Contact Lenses | | | | |
| Elective | | Allowance Up to $150 | Up to $105 | Up to $150 |
| Premium | | | | |
| EE | 0 | $8.17 | | |
| EE+SP | 0 | $15.49 | | |
| EE+CH | 0 | $18.17 | | |
| Family | 1 | $25.56 | | |
| Monthly | | $25.56 | | |
| Annually | | $306.72 | | |