*Exhibit K*

**To:** 이주호[vranus3@naver.com]; JU HO LEE[juho@hyoungwon.com]
**From:** HAESUNG JANG[haesung@hyoungwon.com]
**Sent:** Tue 7/11/2023 1:37:48 PM (UTC-04:00)
**Subject:** 2023년 6월 계정 세부 내역서 송부의 건
2023 형원 조지아 법인 계정세부내역.xlsx

법인장님,
2023년 6월 계정 세부 내역 올려드립니다.

각각 증빙 영수증은 서버에 올려놓도록 하겠습니다.


참조 부탁드립니다.

감사합니다.

--




# HAESUNG JANG

HYOUNGWON E&C AMERICA, INC / Finance Manager

1325 Satellite Suite 1202, Suwanee GA 30024
O. 470.292.3378 / C. 213.700.6420

E. haesung@hyoungwon.com
W. hyoungwon-eng.co.kr

This message may contain privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message you are hereby notified that any use, distribution or reproduction of this message is prohibited. If you have received this message in error please notify the sender immediately and delete all copies.

**To:** Ju Ho Lee[juho.lee@hyoungwon.com]
**From:** HAESUNG JANG[haesung@hyoungwon.com]
**Sent:** Tue 7/11/2023 1:37:48 PM (UTC-04:00)
**Subject:** Re June 2023 Accounting Details

2023 Hyoungwon Georgia Company Accounting Details.xlsx

Dear Mr. President of the Branch,
Here is the accounting details for June 2023.

Each supporting receipt will be uploaded to the server.


Please refer to it.

Thank you.

--




**HAESUNG JANG**

HYOUNGWON E&C AMERICA, INC / Finance Manager

1325 Satellite Suite 1202, Suwanee GA 30024
O. 470.292.3378 / C. 213.700.6420

E. haesung@hyoungwon.com
W. hyoungwon-eng.co.kr


This message may contain privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message you are hereby notified that any use, distribution or reproduction of this message is prohibited. If you have received this message in error please notify the sender immediately and delete all copies.

미국법인 경비 지출 내역서

**미국법인 자산 현황**
기 간 : 2023.06.1 - 2023.06.30

| 일 자 | 실 행 | 사용내역/사용처 | | | 증빙 | BOA (x4290) | BOA CREDIT (x6711) JU HO LEE | BOA CREDIT (x7797) HAESUNG JANG | 계 | 기타 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2023 | | 자본금 이월 | | | | $ - | $ - | $ - | 0.00 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | 기말 잔고 | | | | $ 414,912.31 | $ - | $ - | $ 414,912.31 | |
| | | CREDIT CARD 사용 월말 총액 | | | | | | | | |
| | | **계정과목** | **VENDOR** | **비고** | | **$ 414,912.31** | **$ -** | **$ -** | **$ -** | |
| 6/2/2023 | 법인 | DEPOSIT | Deposit 입금 | 유정회 변호사 법인 은행 설립 Deposit 입금 | | $ 100.00 | | | | |
| 6/20/2023 | 법인 | 투자금 입금 | 투자금 입금 | 한국 형원 본사 투자금 입금 | | $ 500,000.00 | | | | |
| 6/20/2023 | 법인 | 지급수수료 | SM CENTURY SKY | 법인 오피스 Rent Application Fee | 1 | $ (150.00) | | | | |
| 6/21/2023 | 법인 | 지급수수료 | GOOGLE GSUITE | Google - Hyoungwon.com 도메인 구입비 | 2 | $ (12.00) | | | | |
| 6/21/2023 | 법인 | 지급수수료 | BANK OF AMERICA | 한국 형원 본사 투자금 입금 Wire Fee | 3 | $ (15.00) | | | | |
| 6/22/2023 | 법인 | 수도광열비 | RED OAK SANITATION | 법인 숙소 - 쓰레기 수거 어카운트 선금금 지급 | 4 | $ (162.23) | | | | |
| 6/23/2023 | 법인 | 도서인쇄비 | VISTAPRINT | 이주호 법인장, 장해성 과장 명함 발행 | 5 | $ (120.83) | | | | |
| 6/23/2023 | 법인 | 소모품 - 사무용품비 | IKEA | 법인 숙소 - 가구 구매 | 6 | $ (658.24) | | | | |
| 6/23/2023 | 법인 | SECURITY DEPOSIT | JYL REALTY GROUP | 법인 숙소 - SECURITY DEPOSIT | 7 | $ (2,600.00) | | | | |
| 6/23/2023 | 법인 | NON REFUNDABLE  DEPOSIT | JYL REALTY GROUP | 법인 숙소 - DEPOSIT | 7 | $ (200.00) | | | | |
| 6/23/2023 | 법인 | 임차료 | JYL REALTY GROUP | 법인 숙소 - 2023년 6월 RENT | 7 | $ (793.00) | | | | |
| 6/23/2023 | 법인 | 임차료 | SM CENTURY SKY | 법인 오피스 - 2023년 7월 RENT | 8 | $ (4,000.00) | | | | |
| 6/23/2023 | 법인 | SECURITY DEPOSIT | SM CENTURY SKY | 법인 오피스 - SECURITY DEPOSIT | 8 | $ (8,000.00) | | | | |
| 6/23/2023 | 법인 | 지급수수료 | SM CENTURY SKY | 법인 오피스 - DEPOSIT & RENT CASHER'S CHECK 발행 FEE | 8 | $ (30.00) | | | | |
| 6/26/2023 | 법인 | 소모품 - 사무용품비 | IKEA | 법인 숙소 - 가구 구매 | 9 | $ (996.37) | | | | |
| 6/26/2023 | 법인 | 차량 구매 | JIM ELLIES GENESIS | 법인장 차량 구매 | 10 | $ (59,960.00) | | | | |
| 6/26/2023 | 법인 | 지급수수료 | JIM ELLIES GENESIS | 법인장 차량 구매 -TAX & REGISTRATION FEE | 10 | $ (4,014.03) | | | | |
| 6/26/2023 | 법인 | 지급수수료 | BANK OF AMERICA | BANK SERVICE FEE | 11 | $ (5.00) | | | | |
| 6/27/2023 | 법인 | 보험료 | TOGGLE | 법인 숙소 RENTALS INSURANCE MONTHLY FEE | 12 | $ (13.75) | | | | |
| 6/28/2023 | 법인 | 소모품 - 사무용품비 | HAESUNG JANG | 개인 지출 REIMBURSEMENT (법인 모니터 구매) | 13 | $ (2,755.98) | | | | |
| 6/28/2023 | 법인 | 지급수수료 | NATIONALWIDE CONTRACTOR | 법인 GC LICENSE 진행비 | | $ (701.26) | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |
| | | | | | | | | | $- | |

US Corporate Expense Report

**US Corporate Asset Status**

**Period:** 2023.06.1 - 2023.06.30

| DATE | Executed | Details | | PROOF | BOA (x4290) | BOA CREDIT (x6711) JU HO LEE | BOA CREDIT (x7797) HAESUNG JANG | TOTAL | Miscellaneous |
|------|----------|---------|--|-------|-------------|------------------------------|---------------------------------|-------|---------------|
| 6/1/2023 | | Capital Carryover | | | $ - | $ - | $ - | 0.00 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | Ending Balance | | | $ 414,912.31 | $ - | $ - | $ 414,912.31 | |
| | | CREDIT CARD Month-End Total Expense | | | | | | | |
| | | Subject | VENDOR | Note | $ 414,912.31 | $ - | $ - | $ - | |
| 6/2/2023 | Corporate | DEPOSIT | Deposit | Attorney Cheol Hwe Yoo Corporate Bank Account Creation Deposit | $ 100.00 | | | | |
| 6/20/2023 | Corporate | Investment Fund Deposit | Investment Fund Deposit | Hyoungwon Korea Investment Fund | $ 500,000.00 | | | | |
| 6/20/2023 | Corporate | Fees | SM CENTURY SKY | Corporate Office Rent Application Fee | 1 | $ (150.00) | | | |
| 6/21/2023 | Corporate | Fees | GOOGLE GSUITE | Google - Hyoungwon.com Domain Purchase | 2 | $ (12.00) | | | |
| 6/21/2023 | Corporate | Fees | BANK OF AMERICA | Hyoungwon Korea Investment Fund Wire Fee | 3 | $ (15.00) | | | |
| 6/22/2023 | Corporate | Utility Expenses | RED OAK SANITATION | Corporate Residence - Garbage Collection Advance Payment | 4 | $ (162.23) | | | |
| 6/23/2023 | Corporate | Book Print Expenses | VISTAPRINT | Ju Ho Lee CEO, Haesung Jang Manager Business Cards | 5 | $ (120.83) | | | |
| 6/23/2023 | Corporate | Expense - Office Supplies | IKEA | Corporate Residence - Furniture Purchase | 6 | $ (658.24) | | | |
| 6/23/2023 | Corporate | SECURITY DEPOSIT | JYL REALTY GROUP | Corporate Residence - SECURITY DEPOSIT | 7 | $ (2,600.00) | | | |
| 6/23/2023 | Corporate | NON REFUNDABLE DEPOSIT | JYL REALTY GROUP | Corporate Residence - DEPOSIT | 7 | $ (200.00) | | | |
| 6/23/2023 | Corporate | Rent | JYL REALTY GROUP | Corporate Residence - June 2023 RENT | 7 | $ (793.00) | | | |
| 6/23/2023 | Corporate | Rent | SM CENTURY SKY | Corporate Office - July 2023 RENT | 8 | $ (4,000.00) | | | |
| 6/23/2023 | Corporate | SECURITY DEPOSIT | SM CENTURY SKY | Corporate Office - SECURITY DEPOSIT | 8 | $ (8,000.00) | | | |
| 6/23/2023 | Corporate | Fees | SM CENTURY SKY | Corporate Office - DEPOSIT & RENT CASHER'S CHECK FEE | 8 | $ (30.00) | | | |
| 6/26/2023 | Corporate | Expense - Office Supplies | KEA | Corporate Residence - Furniture Purchase | 9 | $ (996.37) | | | |
| 6/26/2023 | Corporate | Vehicle Purchase | JIM ELLIES GENESIS | CEO's Car Purchase | 10 | $ (59,960.00) | | | |
| 6/26/2023 | Corporate | Fees | JIM ELLIES GENESIS | CEO's Car Purchase -TAX & REGISTRATION FEE | 10 | $ (4,014.03) | | | |
| 6/26/2023 | Corporate | Fees | BANK OF AMERICA | BANK SERVICE FEE | 11 | $ (5.00) | | | |
| 6/27/2023 | Corporate | Insurance | TOGGLE | Corporate Residence - RENTALS INSURANCE MONTHLY FEE | 12 | $ (13.75) | | | |
| 6/28/2023 | Corporate | Expense - Office Supplies | HAESUNG JANG | Personal Expense REIMBURSEMENT (Office Monitors Purchase) | 13 | $ (2,755.98) | | | |
| 6/28/2023 | Corporate | Fees | NATIONALWIDE CONTRACTOR | Corporate GC LICENSE Fees | | $ (701.26) | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |
| | | | | | | | | $ - | |