*Exhibit L*

**To:** JU HO LEE[juho@hyoungwon.com]; 이주호[vranus3@naver.com]
**From:** HAESUNG JANG[haesung@hyoungwon.com]
**Sent:** Mon 7/17/2023 11:25:57 AM (UTC-04:00)
**Subject:** 회계사 선정의 건

Case 1:23-cv-06025-TWT   Document 1-12   Filed 12/29/23   Page 2 of 5

법인장님,
아래 내용과 같이 회계사 3곳을 미팅하였으며,
회계사 선정 검토 부탁드립니다.

참고: 진훈 회계팀은 Conflic of interest (이전 직장과의 관계)로 인하여
저희와 하지 않겠다고 최종 결정을 주었습니다.

추천: WOORI ACCOUNTING

사유:

- 김진배 회계사가 Detail 하고 꼼꼼할수 있으나, 추후 공사 진행 및 Transaction 이 많아지면 개인이 감당이 어려울 수 있다고 사료됩니다.
- Firm 인 사무실은 회계사가 Review 를 한번더 할수 있다고 사료됩니다.
- 사무실 위치가 복도 맞은 편이라 업무 진행시 유의하다고 사료됩니다.

|  | 김진배 회계사 | Woori Accounting |
|---|---|---|
| 위치 | Duluth | 사무실 맞은 편 |
| 업무 | 급여 정산 및 자동 이체<br>급여 연방, 주정부 보고<br>Accrual Based 북키핑 | 급여 정산 및 자동 이체<br>급여 연방, 주정부 보고<br>Accrual Based 북키핑 |
| 건설 회사 경험 | 경험 있음 | 경험 있음 |
| 장점 | 개인 회사라 회계사가 직접 Review 함<br><br>개인 회사라 시작 금액이 비교적 적음 | Firm 이 가진 장점<br><br>Staff 가 있어 빠른 업무 진행이 가능<br><br>사무실 맞은편에 위치하여 업무의 편리함 |
| 금액 | $450 / Month | $500/ Month |
| 비고 | 현 견적 금액은 설계 단계에서의 기장 금액이며, 공사 또는 2024년 초에 재 견적 설정 | |

검토 부탁드립니다.

--



H A E S U N G    J A N G

HYOUNGWON E&C AMERICA, INC / Finance Manager

1325 Satellite Suite 1202, Suwanee GA 30024
O. 470.292.3378 / C. 213.700.6420

E. [haesung@hyoungwon.com](mailto:haesung@hyoungwon.com)
W. [hyoungwon-eng.co.kr](http://hyoungwon-eng.co.kr)

This message may contain privileged and confidential information intended only for the use of the addressee named above.  If you are not the intended recipient of this message you are hereby notified that any use, distribution or reproduction of this message is prohibited.  If you have received this message in error please notify the sender immediately and delete all copies.

**To:** JU HO[juho@hyoungwon.com]; Ju Ho Lee[juhamust@naver.com]
**From:** HAESUNG JANG[haesung@hyoungwon.com]
**Sent:** Mon 7/17/2023 11:25:57 AM (UTC-04:00)
**Subject:** Re Accountant Selection

CEO,
We have met with three accountants as shown below,
Please review for selection of accountant.

FYI - Jin Hoon Accounting Firm made the final decision not to work with us
due to the conflict of interest (former company).

Recommendation: WOORI ACCOUNTING

Reason:
- Although Jin Bae Kim Accountant may be more detailed and meticulous, as construction progresses and transactions increase in the future, it may be difficult for one individual to handle.
- An accountant can perform one more review, if using an accounting firm.
- The office is located across the hallway, so I think it will be convenient for work purposes.

|  | Jin Bae Kim Accountant | Woori Accounting |
|---|---|---|
| Location | Duluth | Across the Hallway |
| Job Duties | Salary & Automatic deposit<br>Federal and State Tax Reporting<br>Accrual Based Bookkeeping | Salary & Automatic Deposit<br>Federal and State Tax Reporting<br>Accrual Based Bookkeeping |
| Construction Co. Experience | Has Experience | Has Experience |
| Pros | Since it's an individually operated company, accountant reviews himself | Advantages of a Firm |
|  | The starting amount is relatively small. | Availability of staff makes the work fast<br>Located across the hallway |
| Cost | $450 / Month | $500/ Month |
| Note | The current estimate is based on the book value of the designation stage, and will be re-estimated during construction or early 2024. | |

Please review.

--



**HAESUNG JANG**

HYOUNGWON E&C USA, INC / Finance Manager

1325 Satellite Suite 1202, Suwanee GA 30024
O. 470.292.3378 / C. 213.700.6420

E. haesung@hyoungwon.com
W. hyoungwon-eng.co.kr

This message may contain privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message you are hereby notified that any use, distribution or reproduction of this message is prohibited. If you have received this message in error please notify the sender immediately and delete all copies.