IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Sungdo Eng USA, Inc.,

        Plaintiff,

v.                              Case No. 1:23-cv-6025-MLB

Hyoungwon Inc., et al.,

        Defendants.

_____/

## SCHEDULING ORDER

Before the Court is the parties' Amended Joint Preliminary Report and Discovery Plan (Dkt. 72) (the "Plan"). Having considered the Plan, it is hereby **APPROVED**. The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court. This case is assigned to a four-month discovery track. Discovery shall be completed on or before August 1, 2024. If the parties believe an extension of the discovery period is necessary, they may file a motion requesting that relief.

**SO ORDERED** this 1st day of April, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE